UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

           NO. CIV. S-06-372 LKK/DAD

       Plaintiff,

  v.                           O R D E R

ZAFAR IQUBAL, et al.,

       Defendants.

                              /

    A Status Conference is currently set for May 15, 2006 at 2:00 p.m. in the above-captioned case. On May 2, 2006 plaintiff filed a first amended complaint adding new defendants and dismissing defendant Deloris R. Bramis. The newly added defendants have yet not filed answers, although the deadline to file has not yet expired. Holding a Status Conference at this point in time is clearly premature. It is not the court's responsibility, however, to manage plaintiff's case. In the future and as appropriate, plaintiff's counsel should either seek default as to a defendant who has not answered or seek a continuance of the scheduling

1

1 conference.  Plaintiff's counsel is cautioned that should he again
2 file a status report and proceed with a scheduling conference
3 prematurely, the court will order plaintiff's counsel to show cause
4 why sanctions should not be imposed.  The Status Conference is
5 CONTINUED to June 26, 2006 at 2:30 p.m.  Plaintiff shall serve a
6 copy of this order on all defendants.
7    IT IS SO ORDERED.
8    DATED: May 12, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT